# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHAWN COOPER

VERSUS

STATE OF LOUISIANA THROUGH
THE LOUISIANA WORKFORCE
COMMISSION AND COREY GAINES

NO.   2019 CW 1144

**NOV 2 0 2019**

---

In Re:   The State of Louisiana through the Louisiana Workforce
Commission, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 645442.

---

**BEFORE:   WHIPPLE, C.J., CRAIN AND THERIOT, JJ.**

    **WRIT DENIED.**

                    **VGW**
                    **WJC**
                    **MRT**

COURT OF APPEAL, FIRST CIRCUIT

      DEPUTY CLERK OF COURT
        FOR THE COURT